# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL R. FORD, | : |
| | :    19-cv-3234-JMY |
| vs. | : |
| | : |
| STEVEN T. MNUCHIN | : |
| *Secretary of Department of Treasury* | : |

## **ORDER**

AND NOW, this 23rd day of February, 2021, upon consideration of the Motion for Summary Judgment (ECF No. 13) filed by the Defendant Steven T. Mnuchin, and all documents submitted in support thereof and in opposition thereto, it is hereby ORDERED and DECREED that said motion shall be DENIED.

By the Court:

   /s/ John Milton Younge
Judge John Milton Younge